DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

RUBEN MENDES,

Appellant,

v.

CITIZENS PROPERTY INSURANCE CORPORATION,

Appellee.

No. 2D2024-0128

_____

January 22, 2025

Appeal from the County Court for Hillsborough County; J. Logan
Murphy, Judge.

Pierre A. Louis and Alibia N. White of Louis Law Group, PLLC, Miami, for
Appellant.

Maureen G. Pearcy of Paul R. Pearcy, P.A., Miami, for Appellee.


ROTHSTEIN-YOUAKIM, Judge.

Ruben Mendes appeals from an order entering final judgment in
favor of Citizens Property Insurance Corporation. Mendes contends that
the trial court erroneously treated Citizens' motion for summary
disposition as a motion for summary judgment. Citizens confesses error
on that point. We therefore reverse and remand for further proceedings
without expressing "any opinion as to the extent of the error." *Pederson
v. Suntrust Mortg., Inc.*, 145 So. 3d 996, 997 (Fla. 4th DCA 2014) (quoting
*Gulf Power Co. v. Ill.-Fla. Land Co.*, 132 So. 109, 110 (Fla. 1931)).

Reversed and remanded.

NORTHCUTT and SILBERMAN, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.